# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| MICHAEL S. GREEN, | Case No. 2:24-cv-3236 |
| Petitioner, : | |
| - vs - | District Judge James L. Graham |
| | Magistrate Judge Elizabeth Deavers |
| EILEEN PALEY, *et al.*, : | |
| Respondent. | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Elizabeth P. Deavers (ECF No. 11), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections were filed, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that the Petition be **DISMISSED without prejudice**. Petitioner is **DENIED** any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would not be taken in "good faith" and therefore Petitioner should not be permitted to proceed *in forma pauperis* on appeal.

October 11, 2024.

/s/James L. Graham
James L. Graham
United States District Judge